# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARILYN M. WORSHAM, ET AL. | MISC. CASE NO. 17-mc-28 |
| VERSUS | JUDGE DOHERTY |
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, ET AL | MAGISTRATE JUDGE HANNA |

## JUDGMENT ADOPTING REPORT AND RECOMMENDATION

Considering the foregoing Report and Recommendation,

IT IS HEREBY ORDERED that the Motion to Approve the Settlement of Marilyn M. Worsham, as Independent Administratrix and Derivative Claimant, and Laura Worsham Marshall, Mary Worsham Cassidy, and William E. Worsham, Jr. as Derivative Claimants, of the Estate of William E. Worsham, is hereby GRANTED pursuant to the Report and Recommendation of Magistrate Judge Hanna, which is hereby adopted.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 3rd day of March, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE